**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>SUBROTO MITRO<br>AND<br>MAITREYEE MITRO<br><br>Debtors | Chapter 13<br><br><br>Case No. 14-13184-BFK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed September 23, 2014. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1322(b)(2) – Impermissible Cramdown of Secured Claim**

Debtors are proposing to impermissibly cram down a Pentagon Federal Credit Union lien secured by the Debtors' principal residence in their proposed Plan.

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility**

It is unclear exactly which Navy Federal Credit Union claim is being avoided as a lien on Debtors' property. There are several NFCU claims, including two Debtors listed at $0.00 for which claims have been filed totalling nearly $56,000.00. It is also unclear how any lien can be stripped since Schedule A shows equity in the real estate, and Zillow suggests a higher value than Debtors have ascribed to the property.

Debtors were unable to maintain payments in their prior Chapter 13 case (Case No. 13-10199-RGM), which was dismissed after Trustee's Motion to Dismiss for payment default was continued five times and the Court denied Debtors' final request for a continuance given that Debtors had not made any progress toward curing their Plan arrearage. Nonetheless, Debtors filed a Motion to Vacate Dismissal, which was also denied.

**Notice of Objection To Confirmation**
Subroto Mitro and Maitreyee Mitro, Case # 14-13184-BFK

Debtors' step payment from $100.00/mo. to $2,618.00/mo. in month 2 of the Plan is unrealistic, especially in light of their inability to maintain their Plan payments in their prior case of $2,266.95/mo.

Debtors also testified at their September 30, 2014, Meeting of Creditors in this case that they were completely unaware of any Plan payment defaults in their previous case prior to receiving the Order of Dismissal, and that their counsel never informed them of any payment problem.  This testimony seems unbelievable and does not speak well to the likelihood of Debtors making their Plan payments going foward in their present case.  In that regard, Trustee notes that Debtors have not yet made their first Plan payment in this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on October 30, 2014 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

**Notice of Objection To Confirmation**
Subroto Mitro and Maitreyee Mitro, Case # 14-13184-BFK

    If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _October 3, 2014_____         ___/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, #400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3th day of October, 2014, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Subroto Mitro                          Tommy Andrews, Jr., Esq.
Maitreyee Mitro                        Attorney for Debtor
Chapter 13 Debtors                     122 N. Alfred St.
13563 Melville Lane                    Alexandria, VA 22314
Chantilly, VA 20151


                                                           __/s/ Thomas P. Gorman_____
                                                           Thomas P. Gorman