United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In Re:  BCN#: 14-13184/BFK
Subroto Mitro and Maitreyee Mitro  Chapter: 13
Debtors

## Notice of Appearance

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Navy Federal Credit Union and requests that she be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
Shapiro Brown & Alt, LLP

By: /s/ Susan C Meyer
Susan C. Meyer, Esquire
VSB #43445
Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
(757) 687-8777

## Certificate

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 10th day of November, 2014, to the following:

Tommy Andrews, Jr.
Tommy Andrews, Jr. PC
122 North Alfred Street
Alexandria, VA 22314

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314

/s/ Susan C Meyer
Susan C. Meyer, Esquire
Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
(757) 687-8777  14-244522