**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>S<small>UBROTO</small> M<small>ITRO</small><br>AND<br>M<small>AITREYEE</small> M<small>ITRO</small><br><br>Debtors | Chapter 13<br><br><br>Case No. 14-13184-BFK |

**OBJECTION TO CONFIRMATION OF PLAN,
NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed November 24, 2014. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1322(c)(2) & 11 U.S.C. §1325(a)(5) – Plan Fails To Provide Payment For Maturing Mortgage Loan - Violation of 11 U.S.C. §1325(b)(1)(B) – Disposable Income & 11 U.S.C. §1325(a)(3) – Good Faith**

Debtors are proposing to pay their Pentagon Federal Credit Union HELOC in the amount of $116,037.09, which matures during the Plan term, outside of the Plan by reserving $2,400.00 per month according to their Schedule J. As such, the proposed Plan is in violation of 11 U.S.C. §1325(a)(5)(B)(ii).

Further, the proposed Plan payments only increase from $100.00/mo. to $413.31/mo. when the Pentagon Federal Credit Union HELOC matures and is paid off, even though Debtors are only proposing to repay their unsecured creditors a 5% dividend.

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility**

The Plan does not provide for the filed arrearage claims of Navy Federal Credit Union (Claim Nos. 15, 16, and 17) and is underfunded as follows:

| | | |
|---|---|---|
| Amount of Plan Payment | Paid to Date | 5,336.00 |
| | 100.00 | 413.31 |
| Number of Months | 39 | 18 |
| | 3,900.00 | 7,439.58 |

**Notice of Objection To Confirmation**
Subroto Mitro and Maitreyee Mitro, Case # 14-13184-BFK

| | | |
|---|---|---|
| **Total Receipts** | | 16,675.58 |
| **Disbursements Required:** | | |
| Attorney | 4000.00 | |
| Taxes/Other Priority | 1143.88 | |
| Secured | 1942.67 | |
| Unsecured | 9565.40 | 191,307.79x5% |
| Other | 228.30 | 4560.49x5% |
| Trustee | 1,688.03 | 10% |
| **Total Disbursement** | | 18,568.28 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on January 15, 2015 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

      Thomas P. Gorman
      300 North Washington Street, Ste, 400
      Alexandria, VA 22314

      Clerk of the Court
      United States Bankruptcy Court
      200 South Washington Street
      Alexandria, VA 22314

**Notice of Objection To Confirmation**
Subroto Mitro and Maitreyee Mitro, Case # 14-13184-BFK

      If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  December 17, 2014                      /s/ Thomas P. Gorman
                                                                    Thomas P. Gorman
                                                                    Chapter 13 Trustee
                                                                    300 N. Washington  Street, #400
                                                                    Alexandria, VA 22314
                                                                    (703) 836-2226
                                                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of December, 2014, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Subroto Mitro | Tommy Andrews, Jr., Esq. |
| Maitreyee Mitro | Attorney for Debtor |
| Chapter 13 Debtors | 122 N. Alfred St. |
| 13563 Melville Lane | Alexandria, VA 22314 |
| Chantilly, VA 20151 | |

                                                                                        __/s/ Thomas P. Gorman_____
                                                                                        Thomas P. Gorman